UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-0156-AG(RNBx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | BRANDON ARENS v EXPERIAN INFORMATION SOLUTIONS, INC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephanie Tatar | Eric Hardeman |
| | Khurram Nizami |

**Proceedings:** SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The Court sets the following dates:

Discovery Cutoff is November 12, 2012.

A Final Pretrial Conference is set for January 28, 2013, at 8:30 a.m.

A Jury Trial is set for February 12, 2013 at 9:00 a.m. There is no time estimate of the length of trial at this time.

Scheduling Order Specifying Procedures is signed and filed this date.

                                                                                                                                                :    10

Initials of Preparer    lmb